7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* David Lee Hunsaker and Maria Soledad Hunsaker
*Debtor*

*Bankruptcy Case No.*
15−61001−abf7

**J. Kevin Checkett**
   Plaintiff(s)

*Adversary Case No.*
15−06051−abf

v.

**Justine Petersen Housing and Reinvestment Corporation**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment is hereby entered in favor of plaintiff, J. Kevin Checkett, Trustee in Bankruptcy and against defendant, Justine Petersen Housing and Reinvestment Corporation in the amount of $4000, plus the costs of this action.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 2/18/16

Court to serve